# Minute Orders
2:07-mj-00551-VCF USA v. Leggett

United States District Court

District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 9/15/2017 at 9:46 AM PDT and filed on 9/15/2017
**Case Name:** USA v. Leggett
**Case Number:** 2:07-mj-00551-VCF
**Filer:**
**Document Number:** 9(No document attached)

**Docket Text:**
**MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Cam Ferenbach, as to Timothy A. Leggett on 9/15/2017. By Deputy Clerk: J. Ries. The defendant failed to appear for his initial appearance on 10/16/07 and a bench warrant was issued. Cash bond in the amount of $300.00, receipt #95770, was never ordered forfeited. ORDERED that cash bond in the amount of $300.00, receipt #95770, is FORFEITED. (no image attached) (Copies have been distributed pursuant to the NEF - JAR)**

**2:07-mj-00551-VCF-1 Notice has been electronically mailed to:**

Steven W. Myhre    Steven.Myhre@usdoj.gov, Ashlin.Brown@usdoj.gov, caseview.ecf@usdoj.gov

Marybeth Sundstrom    MSundstrom@gerrard-cox.com, dwaddoups@gerrard-cox.com

**2:07-mj-00551-VCF-1 Notice has been delivered by other means to:**

IT IS SO ORDERED:

CAM FERENBACH
U.S. MAGISTRATE JUDGE

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
SEP 15 2017
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY